UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAWAD ELATAB,

                              Plaintiff,

          -against-                                  19-CV-8114 (ALC)

CANARY YELLOW LLC,                            **ORDER**

                              Defendant.
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    December 26, 2019
            New York, New York

_____
    HON. ANDREW L. CARTER, JR.
    United States District Judge